McGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-239-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| FRED LAVENDER, | DATE: August 6, 2020 |
| Defendant. | TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on August 6, 2020.

2.  By this stipulation, defendant now moves to continue the status conference until August 27, 2020, at 9:30 a.m., and to exclude time between August 6, 2020, and August 27, 2020, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)   The government has represented that the discovery associated with this case includes approximately 75 pages of reports and 19 audio or video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to consult with her client, review the charges, continue to further research the defendant's criminal history, further research possible defenses, further review evidence, discuss possible defenses and resolution, engage in further plea negotiations with the assigned AUSA, and otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 6, 2020 to August 27, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 6, 2020                 McGREGOR W. SCOTT
                                                     United States Attorney

                                                     /s/ MICHAEL W. REDDING
                                                     MICHAEL W. REDDING
                                                     Assistant United States Attorney

Dated: August 6, 2020                  /s/ Lexi Negin
                                                     Lexi Negin
                                                     Counsel for Defendant
                                                     FRED LAVENDER

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 4th day of August, 2020.

_____
Troy L. Nunley
United States District Judge