HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
FRED LAVENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FRED LAVENDER,<br><br>　　　　　　Defendant. | Case No.  2:19-cr-239 TLN<br><br>**REQUEST FOR ORDER FOR UNITED STATES PROBATION OFFICE TO DISCLOSE RECORDS; ORDER** |

Mr. Fred Lavender, by and through undersigned counsel, respectfully requests this Honorable Court to issue an order for the United States Probation Office to disclose records it has obtained.  The records sought are those records obtained by the Presentence Investigation Report writer from various agencies relating to Mr. Lavender's criminal history for the preparation of the Presentence Investigation Report.

The Probation Officer and the Assistant United States Attorney have no objection to this request.  Undersigned counsel requests that the records also be made available to the Assistant United States Attorney.

WHEREFORE, for the above stated reasons and any other that the Court deems appropriate, Mr. Lavender requests that the Court sign the proposed order below.

(Remainder of page intentionally left blank. Signature to follow on next page)

DATED: November 13, 2020    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lexi P. Negin*
LEXI P. NEGIN
Assistant Federal Defender
Attorney for FRED LAVENDER

**ORDER**

Having considered the defendant's unopposed request for order for the United States Probation Office to disclose records, it is hereby ordered:

That the United States Probation Office for the Eastern District of California produce upon request to the attorney for the government and the defense, all records in its possession, custody or control from the San Joaquin County probation department, San Joaquin County sheriff's department, San Joaquin County police department, the California Department of Corrections, the California Department of Parole, and any other law enforcement agency records obtained by the Presentence Investigation Report writer relating to the Presentence Investigation of Mr. Lavender.

IT IS SO ORDERED.

Dated:  November 16, 2020

_____
Troy L. Nunley
United States District Judge