**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>**FRED LAVENDER,**<br><br>　　　　　Defendant. | CR NO: 2:19-cr-00239-TLN |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum　　　☐ Ad Testificandum

Name of Detainee:　Fred Lavender
Detained at:　Maguire Facility, 300 Bradford St., Redwood City, CA
Detainee is:　a.)　☒ charged in this district by:　☐ Indictment　☐ Information　☒ Complaint
　　　　　　　　charging detainee with:　violating terms of supervised release
　　or　b.)　☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.)　☐ return to the custody of detaining facility upon termination of proceedings
　　or　b.)　☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature:　/s/ Ross Pearson
Printed Name & Phone No:　Ross Pearson, (916) 591-8527
Attorney of Record for:　United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, forthwith, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:　December 10, 2024

　　　　　　　　　　　　　　　　　　　　　　　Honorable Chi Soo Kim
　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male　☐ Female | |
| Booking or CDC #: | CDCR Nos. BG9606; N68768; P34433 | DOB: | 3/28/1975 |
| Facility Address: | 300 Bradford St.; Redwood City, CA | Race: | Black |
| Facility Phone: | (650) 363-4000 | FBI#: | 574246VA6 |
| Currently | | | |

## RETURN OF SERVICE

Executed on:　_____

　　　　　　　　　　　　　　(signature)