UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 7, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRED LAVENDER,

    Defendant.

Case No. 2:19-cr-00239-DC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release FRED LAVENDER, Case No. 2:19-cr-00239-DC, Charge 18 U.S.C. § 3606, from custody for the following reasons:

☐ Release on Personal Recognizance

☐ Bail Posted in the Sum of $ _____

    ☐ Unsecured Appearance Bond $ _____

    ☐ Appearance Bond with 10% Deposit

    ☐ Appearance Bond with Surety

    ☐ Corporate Surety Bail Bond

☒ (Other): Upon release from local custody in San Mateo County, Defendant is ordered released in this federal case and must directly report to the rehabilitation program, Positive Directions Equals Change, and with previously imposed conditions of supervised release.

☐

Issued at Sacramento, California on January 7, 2025, at 2:30 PM.

*/s/ Sean C. Riordan*

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE