UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 16, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRED LAVENDER,

    Defendant.

Case No. 2:19-cr-00239-DC

**AMENDED ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  FRED LAVENDER ,

Case No.  2:19-cr-00239-DC , Charge 18 U.S.C. § 3606, from custody for the following reasons:

    ☐ Release on Personal Recognizance

    ☐ Bail Posted in the Sum of $

        ☐ Unsecured Appearance Bond $

        ☐ Appearance Bond with 10% Deposit

        ☐ Appearance Bond with Surety

        ☐ Corporate Surety Bail Bond

    ☒ (Other):  Defendant is ordered released in this federal case. Following his release from local custody, Defendant is further ordered to directly report to the rehabilitation program, Positive Directions Equals Change, and with previously imposed conditions of release.

Issued at Sacramento, California on January 16, 2025, at 8:30 AM.

By: _____

Magistrate Judge Sean C. Riordan