HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
FRED LAVENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-239-DC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |
| vs. | |
| FRED LAVENDER, | Date: April 18, 2025<br>Time: 9:30 A.M.<br>Judge: Hon. Dena Coggins |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Ross Pearson, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Lavender, that the Admit/Deny hearing, currently set for April 18, 2025, may be continued to July 18, 2025. As this is a supervised release matter, there are no Speedy Trial Act considerations. The parties specifically stipulate as follows:

1. On April 09, 2024, probation filed a 12C Violation Petition against Mr. Lavender. Dkt. 66.

2. Mr. Lavender's initial appearance took place on January 07, 2025; he was ordered released from custody so that he could participate in a drug treatment program in the Bay Area that had already accepted him and had a space for him. *See* dkt. 73, 74, 76.

3. The probation officer requested an update on Mr. Lavender's progress from the program. That update was received on or around April 14, 2025 and relayed that Mr. Lavender is in good standing with the program.

4. Accordingly, the defense respectfully requests that this matter be continued to July 18, 2025.

5. The government and probation do not object to the continuance.

6. The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order and to continue the Admit/Deny hearing to July 18, 2025.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 14, 2025

*/s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
FRED LAVENDER

Date: April 14, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

The court, having received and considered the parties' stipulation, and good cause appearing therefrom, ADOPTS the parties' stipulation in its entirety as its order. Accordingly, the Violation (Admit/Deny) Hearing set for April 18, 2025 is VACATED and RESET for July 18, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: **April 14, 2025**

Dena Coggins
United States District Judge