1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   CHRISTINA SINHA, SBN 278893
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, CA 95814
    T: (916) 498-5700
5   F: (916) 498-5710

6   Attorneys for Defendant
    FRED LAVENDER

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,      ) Case No.  2:19-CR-239-DC
11                                  )
            Plaintiff,              ) **STIPULATION AND ORDER TO CONTINUE**
12                                  ) **ADMIT/DENY HEARING**
            vs.                     )
13                                  )
    FRED LAVENDER,                  ) Date:  July 18, 2025
14                                  ) Time:  9:30 A.M.
            Defendant.              ) Judge: Hon. Dena Coggins
15                                  )

16          IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney

17   Michele Beckwith, through Assistant United States Attorney Ross Pearson, counsel for Plaintiff;

18   and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha,

19   counsel for Mr. Lavender, that the Admit/Deny hearing, currently set for July 18, 2025, may be

20   continued to **August 22, 2025 at 9:30 a.m.**  As this is a supervised release matter, there are no

21   Speedy Trial Act considerations.  The parties specifically stipulate as follows:

22          1.      On April 09, 2024, probation filed a 12C Violation Petition against Mr. Lavender.

23                  Dkt. 66.

24          2.      Mr. Lavender's initial appearance took place on January 07, 2025; he was ordered

25                  released from custody so that he could participate in a drug treatment program in

26                  the Bay Area that had already accepted him and had a space for him.  *See* dkt. 73,

27                  74, 76.

28

1    3.    The probation officer received an update on Mr. Lavender's progress in the

2           program on or around June 20, 2025 and relayed that Mr. Lavender is in good

3           standing with the program.

4    4.    Accordingly, the defense respectfully requests that this matter be continued to

5           August 22, 2025.

6    5.    The government and probation do not object to the continuance.

7    6.    The parties therefore respectfully request this Court to adopt the parties' stipulation

8           as its Order and to continue the Admit/Deny hearing to August 22, 2025.

9                                          Respectfully submitted,

10                                         HEATHER E. WILLIAMS
                                           Federal Defender
11
     Date: June 30, 2025                   */s/  Christina Sinha*
12                                         CHRISTINA SINHA
                                           Assistant Federal Defender
13                                         Attorneys for Defendant
                                           FRED LAVENDER
14

15

16   Date: June 30, 2025                   MICHELE BECKWITH
                                           Acting United States Attorney
17
                                           */s/ Ross Pearson*
18                                         ROSS PEARSON
                                           Assistant United States Attorney
19                                         Attorneys for Plaintiff

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2          The court, having received and considered the parties' stipulation, and good cause

3    appearing therefrom, adopts the parties' stipulation in its entirety as its order. Accordingly, the

4    Violation (Admit/Deny) Hearing set for July 18, 2025, is VACATED and RESET for August 22,

5    2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins.

6

7

8          IT IS SO ORDERED.

9    Dated:    **June 30, 2025**                                    _____

10                                                            Dena Coggins
                                                              United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Status          -3-                    *United States v. Lavender,*
Admit/Deny Hearing                                                                  19-CR-239