HEATHER E. WILLIAMS, SBN 122664
Federal Defender
RACHELLE BARBOUR, Bar # 185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
Rachelle.Barbour@fd.org

Attorneys for Defendant
FRED LAVENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:19-CR-239-DC |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO CONTINUE** |
| vs. ) | **ADMIT/DENY HEARING** |
| ) | |
| FRED LAVENDER, ) | New Date: November 14, 2025 |
| ) | Time: 9:30 A.M. |
| Defendant. ) | Judge: Hon. Dena Coggins |
| ) | |

   IT IS HEREBY STIPULATED and agreed by and between the United States of American, through Assistant United States Attorney Ross Pearson, counsel for Plaintiff; Mr. Lavender, through Assistant Federal Defender Rachelle Barbour, that the Admit/Deny hearing, currently set for October 17, 2025, may be continued to November 14, 2025. As this is a supervised release matter, there are no Speedy Trial Act considerations. The parties specifically stipulate as follows:

   1. On April 9, 2024, the Probation Office filed a 12C Violation Petition against Mr. Lavender. (Doc. 66.)

   2. At Mr. Lavender's initial appearance on January 7, 2025, the Court ordered his release from custody so that he could participate in a drug treatment program in the Bay Area that had already accepted him and had a space for him. (Docs. 73, 74, 76.)

3. The program has confirmed that Mr. Lavender remains in good standing. He completed the treatment portion of the program in August 2025. The counselors voted to make him an intern, which the program director indicates is a "a role awarded to participants who demonstrate leadership qualities and a willingness to change their behaviors."

4. To continue to allow Mr. Lavender an opportunity to demonstrate his compliance and good conduct, the defense respectfully requests that this matter be continued to November 14, 2025.

5. The Government and Probation Office do not object to the continuance.

6. The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order and to continue the Admit/Deny hearing to November 14, 2025.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 8, 2025

*/s/ Rachelle Barbour*
RACHELLE BARBOUR
Assistant Federal Defender
Attorneys for Defendant
FRED LAVENDER


Date: October 8, 2025

ERIC GRANT
United States Attorney

*/s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The court, having received, read and considered the parties' stipulation filed on October 8, 2025, and good cause appearing therefrom, GRANTS the parties' request to continue. Accordingly, the Violation (Admit/Deny) Hearing scheduled for October 17, 2025, is VACATED and RESET for November 14, 2025, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:   **October 9, 2025**

Dena Coggins
United States District Judge